IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK CHARLES BURBANK, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:08-cv-0719-MEF |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #17) filed on September 17, 2010 is overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #16) entered on September 1, 2010 is adopted;

(3)  The 28 U.S.C. § 2255 motion filed by Burbank (Doc. #1) is DENIED, as the claims therein do not entitle him to any relief.

DONE this the 29th day of September, 2010.

                                                 /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE